■ MARK BINDER, Formerly MARSHA BINDER, Appellant, v. CITY OF NEW YORK, Respondent.— In a negligence action to recover damages for personal injuries, plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County, entered November 13, 1973, as (1) denied his motion to amend the ad damnum clause of his complaint from $100,000 to $1,000,000 and as, (2) upon reconsideration, denied his motion for a general preference. Order reversed insofar as appealed from, with $20 costs and disbursements, and motions to amend the ad damnum clause and for a general preference granted. It is our opinion that, under the circumstances herein, the relief sought by plaintiff should have been granted. Hopkins, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

■ CHAS. LOWE CO., Respondent, v. FREDERICK COWAN & COMPANY, INC.. Appellant.— In an action to recover sales commissions, defendant appeals from (1) an order of the Supreme Court, Nassau County, dated October 11, 1973. which granted plaintiff partial summary judgment, and (2) a judgment of said court, entered on October 12, 1973 upon said order. Order and judgment modified, on the law, by reducing the figure therein of $22,881.75 to $18,385.75 and the figure therein of $16,904.01 to $12,408.01; and judgment further modified by accordingly reducing the item of interest awarded therein from January 30, 1973 and reducing the total recovery therein. As so modified, order and judgment affirmed, with one bill of $20 costs and disbursements to respondent. The papers disclose a triable issue of fact as to whether the November, 1972 order which plaintiff obtained from United States Steel Corporation for the steamer Avery was placed before or after the cancellation of the contract between the parties. Gulotta, P. J.. Martuscello, Shapiro, Christ and Benjamin, JJ., concur.